HULKOPT, Respondent, v. WEED, Appellant.

(Common Pleas of New York City and County, General Term. February 24, 1893.)

Appeal from fifth district court.
Action by Nathan Hulkopt against Robert M. Weed.
D. Welch, for appellant.
J. Levy, for respondent.
No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

KERN, Respondent, v. KLEIN, Appellant.

(Common Pleas of New York City and County, General Term. February 24, 1893.)

Appeal from sixth district court.
Action by Katharine Kern against Philipine Klein.
A. G. Vanderpoel, for appellant.
W. H. Geiger, for respondent.
No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

LAMSON CONSOL. STORE-SERVICE CO., Appellant, v. ROTHSCHILD, Respondent.

(Common Pleas of New York City and County, General Term. February 24, 1893.)

Appeal from sixth district court.
Action by the Lamson Consolidated Store-Service Company against Adolph Rothschild.
T. H. Friend, for appellant.
P. C. Talman, for respondent.
No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

MILNOR, Respondent, v. WHITE, Appellant.

(Common Pleas of New York City and County, General Term. February 24, 1893.)

Appeal from third district court.
Action by M. C. Milnor against James T. White.
O. J. Hochstadter, for appellant.
M. C. Milnor, for respondent.
No opinion. Judgment affirmed, with costs.

---

PARKER, Respondent, v. LIGHTBOURNE, Appellant.

(Common Pleas of New York City and County, General Term. February 24, 1893.)

Appeal from eleventh district court.
Action by Walter T. Parker, as surviving partner, against A. Willis Lightbourne.
C. C. Ferris, for appellant.
Staples, Smith & Tomlinson, for respondent.
No opinion. Judgment affirmed, with costs.